JENNIFER INSLEY MICHERI, ESQ
Nevada Bar No. 10089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
**Attorneys for Progressive Insurance Company**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMARIN NUNES, an individual;<br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE INSURANCE COMPANY, a Foreign Corporation; and ROE Corporations I through X, inclusive,<br><br>Defendants. | Case No: 2:21-cv-02070-JAD-VCF<br><br>**STIPULATION AND ORDER TO CHANGE CAPTION TO CORRECTLY IDENTIFY THE DEFENDANT** |

IT IS HEREBY STIPULATED by and between and JENNIFER WILLIS ARLEDGE, ESQ., and LORIN M. TAYLOR, ESQ., of the law firm of SGRO & ROGER, attorneys for Plaintiff, CAMARIN NUNES and JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, PROGRESSIVE INSURANCE COMPANY, that the caption in this matter changed from PROGRESSIVE INSURANCE COMPANY to PROGRESSIVE DIRECT INSURANCE COMPANY to correctly identify the proper entity which

///
///
///
///
///
///
///

insured the Plaintiff at the time of the incident giving rise to Plaintiff's cause of action.

DATED: 12-20-2021                                  DATED: 12·20·21

**SGRO & ROGER**                                   **DENNETT WINSPEAR, LLP**

By /s/ Jennifer W. Arledge                         By /s/
JENNIFER WILLIS ARLEDGE, ESQ.                      JENNIFER INSLEY-MICHERI, ESQ.
Nevada Bar No. 8729                                Nevada Bar No. 10089
LORIN M. TAYLOR, ESQ.                              3301 N. Buffalo Drive, Suite 195
Nevada Bar No. 14958                               Las Vegas, Nevada 89129
720 South Seventh Street, 3rd Floor                Telephone: 702-839-1100
Las Vegas, Nevada 89101                            Facsimile:   702-839-1113
Telephone: 702-384-9800                            ***Attorneys for Defendant, Progressive***
Facsimile:   702-665-4120                          ***Insurance Company***
***Attorneys for Plaintiff, Camarin Nunes***

**ORDER**

IT IS SO ORDERED.

_____
U.S. ~~DISTRICT COURT~~ MAGISTRATE JUDGE

Dated this 21st day of December 2021.

2